IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

RASHALL PETTAWAY
SSAN: XXX-XX-8017

Debtor(s)

Case No. 16-30306-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 05, 2016.

2. The debtor(s) §341 Meeting of Creditors was held March 09, 2016.

(**X**) The plan fails to comply with Court's standing order on adequate protection payments.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

    Creditor: QUANTUM3 GROUP LLC AS AGENT FOR
    Trustee's Claim Number: 40
    Account Number: 1818/KAY JEWELERS/NO PROV
    Claim Amount: $172.98
    Court Claim Number: 1
    Claim Filed As: SECURED

**(X)** The plan provides for both a $5,000.00 "POT" and $4,500.00 "POT" under other provisions. Debtor(s) was to amend the plan to clarify the "POT" to be paid for the benefit of unsecured creditors..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this March 30, 2016.

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

Curtis C. Reding  
Chapter 13 Trustee  

By:/s/ *Tina J. Hayes*  
Tina J. Hayes

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  March 30, 2016.

Copy to: DEBTOR(S)  
       RICHARD D SHINBAUM

/s/ *Tina J. Hayes*  
Tina J. Hayes